PEOPLE ex rel. HAMMOND v. BENNETT et al. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Proceeding by the People of the State of New York, on the relation of Daniel Hammond, against Richard Bennett and others. No opinion. Determination affirmed, with costs.

PEOPLE ex rel. HARRIS v. BOARD OF ESTIMATE AND APPORTIONMENT OF CITY OF TROY et al. (Supreme Court, Appellate Division, Third Department. September 24, 1909.) Proceeding by the People of the State of New York, on the relation of Edwin S. Harris, against the Board of Estimate and Apportionment of the City of Troy and others. No opinion. Motion for modification of order granted. See, also, 131 App. Div. 358, 115 N. Y. Supp. 907.

PEOPLE ex rel. HOPKINS, Respondent, v. METZ, City Comptroller, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Proceeding by the People of the State of New York, on the relation of William Hopkins, against Herman A. Metz, Comptroller of the City of New York. No opinion. Orders affirmed, with $10 costs and disbursements.

PEOPLE ex rel. KLIEVES, Appellant, v. QUIGLEY, Chief of Police, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Proceeding by the People of the State of New York, on the relation of W. B. Klieves, against Joseph M. Quigley, as Chief of Police of Rochester, and others. No opinion. Order reversed, without costs, and relator discharged.

PEOPLE ex rel. KLIEVES, Appellant, v. QUIGLEY, Chief of Police, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Proceeding by the People of the State of New York, on the relation of William B. Klieves, against Joseph M. Quigley, as Chief of Police of Rochester, and others. No opinion. Relator's motion for allowance of costs denied.

PEOPLE ex rel. LIND, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Proceeding by the People of the State of New York, on the relation of Martha H. Lind, against the City of New York and others. T. Connoly, for appellants. A. D. Lind, for respondent. PER CURIAM. Order (117 N. Y. Supp. 1068) affirmed, with $10 costs and disbursements. Order filed. HOUGHTON, J., dissents.

PEOPLE ex rel. McVEY, Appellant, v. PRENDERGAST, Register, Respondent. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) Proceeding by the People of the State of New York, on the relation of George H. McVey, against William Prendergast, Register of Kings County. No opinion. Order affirmed on argument, with $10 costs and disbursements.

PEOPLE ex rel. MT. VERNON TRUST, CO., Respondent, v. MILLARD, Town Sup'r, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Proceeding by the People of the State of New York, on the relation of the Mt. Vernon Trust Company, against Charles D. Millard, as Supervisor of the Town of Greenburgh. PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 133 App. Div. 139, 117 N. Y. Supp. 474. HIRSCHBERG, P. J., votes to dismiss the appeal, with $10 costs and disbursements, on the ground that no appeal lies from the order.

PEOPLE ex rel. ONTARIO & W. RY. CO., Appellant, v. STATE BOARD OF TAX COM'RS, Respondent. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Proceeding by the People of the State of New York, on the relation of the Ontario & Western Railway Company, against the State Board of Tax Commissioners. No opinion. Order granted. See, also, 117 N. Y. Supp. 81.

PEOPLE ex rel. PRESS, Appellant, v. WARDEN OF COMMON JAIL OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Proceeding by the People of the State of New York, on the relation of Rosie Press, against the Warden of the Common Jail of New York. M. Schenkman, for appellant. G. C. Frisbie, for respondent. PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. LAUGHLIN, J., dissents, on the ground that the order on which the commitment was issued was void, in that the receiver was not a party to the litigation.

PEOPLE ex rel. QUIMBY v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Proceeding by the People of the State of New York, on the relation of George E. Quimby, against Theodore A. Bingham, as Police Commissioner of the City of New York. No opinion. Determination confirmed, with $50 costs and disbursements.

PEOPLE ex rel. RAFFERTY, Appellant, v. BOARD OF EDUCATION OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Proceeding by the People of the State of New York, on the relation of William B. Rafferty, against the Board of Education of New York. C. H. Strong, for appellant. T. Connoly, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.